# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| MARIA VARGAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　Defendant. | Case No. CV 18-1581-GW(SSx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint filed on October 12, 2017 |

Upon review of the Stipulation for Dismissal with Prejudice of Experian Information Solutions, Inc., filed by Plaintiff Maria Vargas and Defendant Experian Information Solutions, Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is GRANTED. The above entitled matter is hereby dismissed with prejudice as to Defendant Experian Information Solutions, Inc., only, with the parties to bear their own costs and attorney's fees.

Dated: May 4, 2018

_____
Honorable George H. Wu
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE
2:18-cv-01581-GW-SS

1